UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS E. PEREZ,<br>  Secretary of Labor,<br>  United States Department of Labor,<br><br>           Plaintiff,<br>     v.<br><br>CARNICERIA LA PIEDAD, LLC, a limited liability company;<br>CARNICERIA MICHOACAN, LLC, a limited liability company;<br>ELISEO CASTILLO GOMEZ, individually and as a managing agent of the limited liability companies,<br>JUAN PALOMINO, individually and as a managing agent of Crniceria La Piedad, LLC,<br>           Defendants. | Case No. CV13-2498-PHX-DGC<br><br><br><br><br><br>STIPULATION RE CONSENT JUDGMENT |

1   IT IS HEREBY STIPULATED, by and between Plaintiff Thomas E. Perez,
2   Secretary of Labor, U.S. Department of Labor, and Defendants, CARNICERIA LA
3   PIEDAD, LLC, a limited liability company; CARNICERIA MICHOACAN, LLC,
4   a limited liability company;  ELISEO CASTILLO GOMEZ, an individual, and
5   JUAN PALOMINO, an individual collectively, "Defendants"), that the parties
6   agree to the terms of the attached Consent Judgment as a full and final settlement
7   of this action.

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

DANIEL J. CHASEK
Associate Regional Solicitor

Dated: 12-18, 2013

*[signature]*

BORIS ORLOV
Trial Attorney
Attorneys for Plaintiff

Dated: 12-3, 2013

*[signature]*

CARNICERIA LA PIEDAD, LLC, a limited liability company

Dated: 11-20, 2013

*[signature]*

CARNICERIA MICHOACAN, LLC, a limited liability company

Dated: 11-20, 2013

*[signature]*

ELISEO CASTILLO GOMEZ
Individual Defendant

Dated: 11-18-13, 2013

*[signature]*

JUAN PALOMINO
Individual Defendant

Dated: 11/15, 2013

*[signature]*

JEFF McKEE, Esquire
Attorney for Defendants

**STIPULATION RE CONSENT JUDGMENT**                                     Page 2 of 2